# SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. **STSV2017000149** | Superior Court ☐  Magistrate Court ☐ |
| Date Filed **06/30/17 02:40 PM** | State Court ☒  Probate Court ☐ |
| | Juvenile Court ☐ |
| | Georgia, **DOUGHERTY** COUNTY |
| Attorney's Address: Brian Moore | |
| Drew Eckl & Farnham, LLP | **Bank of America NA** |
| 303 Peachtree St, NE, Suite 3500 | _____ |
| Atlanta, Georgia 30308 | Plaintiff |
| | VS. |
| Name and Address of Party to be Served. | **Powell, Lindsey N** |
| **Powell, Lindsey N** | |
| 1913 Weymouth Dr | Defendant |
| Albany, Georgia 31721 | |
| | Garnishee |

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☒ I have this day served the defendant **Lindsey N. Powell** personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about ____ years; weight ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This **8th** day of **July**, 20**17**

_Ray Stillson_
Deputy

# STATE COURT OF DOUGHERTY COUNTY
# STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF STATE COURT
DOUGHERTY COUNTY, GEORGIA
**STSV2017000149**

JUN 30, 2017 02:40 PM

*Evonne S. Mull, Clerk*
*Dougherty County, Georgia*

CIVIL ACTION NUMBER STSV2017000149

Bank of America NA

**PLAINTIFF**

VS.

Powell, Lindsey N

**DEFENDANT**

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Brian Moore**
**Drew Eckl & Farnham, LLP**
**303 Peachtree St, NE, Suite 3500**
**Atlanta, Georgia 30308**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 30th day of June, 2017.

Clerk of State Court

*Evonne S. Mull, Clerk*
Dougherty County, Georgia

Page 1 of 1

EFILED IN OFFICE
CLERK OF STATE COURT
DOUGHERTY COUNTY, GEORGIA

STSV2017000149

JUN 30, 2017 02:40 PM

Evonne S. Mull, Clerk
Dougherty County, Georgia

IN THE STATE COURT OF DOUGHERTY COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No: |
| | ) | |
| LINDSEY N. POWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW Plaintiff Bank of America, N. A., by and through counsel, and shows the following:

### PARTIES AND JURISDICTION

1.

Defendant Lindsey N. Powell ("Defendant") is subject to the jurisdiction of this Court and may receive service of process at 1913 Weymouth Dr., Albany, Georgia 31721.

2.

Venue is proper as Defendant resides within the judicial district of this Court.

### FACTS

3.

On or about January 13, 2005, Defendant entered into a contract ("Contract") with Bank of America to obtain a loan for the benefit of Defendant. (Exhibit "A")

4.

Additionally, as part of the transaction, Defendant executed a mortgage in favor of Bank of America, which was duly recorded. (Exhibit "B")

5.

Pursuant to the Contract, Defendant agreed to make payments or otherwise pay back the loan.

6.

Specifically, under the Contract, Defendant was required to make monthly payments of the Total Minimum Payment Due, which is calculated as follows:

> an amount equal to the greater of . . . . (0.833%) of the Variable Rate Principle Balance remaining on the last date of the Draw Period, plus accrued interest, unpaid fees, unpaid Property Expenses, or fifty dollars ($50).

7.

Defendant's loan Contract was breached, accelerated, and charged-off on June 18, 2014 because Defendant failed to abide by the Contract's monthly payment obligations.

8.

At the time of charge-off, the total outstanding principal balance was $90,812.33. A copy of the Transactional History for the subject account is attached hereto as Exhibit "C".

9.

The account no longer actively accrues interest, but previously accrued unpaid interest in the amount of $13,536.91.

10.

As a result of Defendant's actions, Bank of America, N. A. has been damaged in an amount to be proven at trial, but no less than $104,444.24, including $95.00 in costs.

2

## COUNT I:
## BREACH OF CONTRACT AGAINST DEFENDANT

11.

Bank of America, N. A. incorporates by reference Paragraphs 1 through 10 as if fully set forth herein.

12.

Bank of America, N. A. and Defendant entered into a contract.

13.

Defendant breached the terms and conditions of the Contract by failing to make the required payments or otherwise satisfy the terms of the Contract.

14.

Plaintiff further shows that it has performed all conditions precedent necessary to commence this action, or that all conditions precedent have otherwise occurred.

15.

As a result of Defendant's breach of contract, Bank of America, N. A. suffered damages in an amount to be proven at trial, but no less than $104,444.24, plus continuing interest (if any).

WHEREFORE, Plaintiff Bank of America, N. A. demands:

    A.    Judgment against Defendant;

    B.    Attorney's fees;

    C.    Prejudgment interest, court costs, finance charges, and all other remedies provided for in the contract; and

3

D. Any and all other relief that this Court deems appropriate.

Respectfully submitted,

DREW ECKL & FARNHAM, LLP

_s/Brian T. Moore_
Brian T. Moore
Georgia Bar No. 518505
Adam J. Beedenbender
Georgia Bar No. 777021

Drew Eckl & Farnham, LLP
235 Peachtree St. NE, Suite 1900
Atlanta, Georgia 30303

7180865/1
06264-110098

4

EFILED IN OFFICE
CLERK OF STATE COURT
DOUGHERTY COUNTY, GEORGIA

**STSV2017000149**

JUN 30, 2017 02:40 PM

Evonne S. Mull, Clerk
Dougherty County, Georgia

IN THE STATE COURT OF DOUGHERTY COUNTY
STATE OF GEORGIA

BANK OF AMERICA, N.A.,                )
                                      )
         Plaintiff,                   )
                                      )
v.                                    )   Civil Action File No:
                                      )
LINDSEY N. POWELL,                    )
                                      )
         Defendant.                   )

## NON-MILITARY AFFIDAVIT OF PAUL W. BURKE
## REGARDING DEFENDANT LINDSEY N. POWELL

Personally appeared before the undersigned officer, duly authorized to administer oaths in Georgia, who having been sworn, deposes and states the following:

1.

My name is Paul W. Burke. I am over 18 years old, and I am competent to testify to the matters stated in this affidavit. This testimony is based on my own personal knowledge.

2.

I am an attorney licensed to practice law in Florida, Georgia and Alabama.

3.

This affidavit is executed solely for the purpose of Plaintiff's Complaint.

4.

Based on information furnished to and obtained from the Department of Defense manpower Data Center ("DMDC") (https://www.dmdc.osd.mil/scra/owa/home), the

DMDC does **not** possess any information indicating that Defendant **LINDSEY N. POWELL** is currently on active duty. (Exhibit A)

FURTHER AFFIANT SAYETH NOT.

_____
Paul W. Burke

Sworn and subscribed before me this
30 day of June, 2017.

_____
Notary Public

7248687/1
06264-110098

[Notary Seal: ANDREA R BEY, Notary Public, Clayton County, Georgia, My Commission Expires 11-28-2019]

EXHIBIT A

Department of Defense Manpower Data Center

Results as of : Jun-30-2017 11:14:11 AM

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-4690
Birth Date:
Last Name: POWELL
First Name: LINDSEY
Middle Name: N
Active Duty Status As Of: Jun-30-2017

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: UATC6CF0V594BC0